IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| McAFEE ENTERPRISES, INC.<br><br>                  Plaintiff,<br>vs.<br><br>GUITAR CENTER, INC. and YAMAHA CORPORATION OF AMERICA<br><br>                  Defendant. | Case No.:<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff McAfee Enterprises, Inc. ("McAfee"), by and through its undersigned attorneys, for its complaint against Guitar Center, Inc. ("Guitar Center") and Yamaha Corporation of America ("Yamaha"), hereby alleges as follows:

**NATURE OF LAWSUIT**

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

**THE PARTIES**

2. McAfee is corporation organized under the laws of the state of Tennessee and having offices at 205 Mitchell Road, Portland, Tennessee 37148.

3. McAfee owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,545,207 ("the '207 patent") entitled "Electric Drum Stroke Counting Machine," issued April 8, 2003. A copy of the '207 patent is attached as Exhibit A.

4.  Defendant Guitar Center is a Delaware Corporation with a principal place of business located at 5795 Lindero Canyon Road, Westlake Village, California 91362. Defendant Guitar Center operates a retail store at 2633 North Halsted St., Chicago, Illinois 60614, and transacts business and has offered to provide and/or provided products in this judicial district and throughout the State of Illinois that infringe claims of the '207 patent.

5.  Defendant Yamaha is California Corporation with a principal place of business located at 6600 Orangethorpe Avenue, Buena Park, California 90620. Yamaha sells and offers for sale products that infringe the '207 patent at the Guitar Center retail store located at 2633 North Halsted St., Chicago, Illinois 60614, and transacts business and has offered to provide and/or provided products in this judicial district and throughout the State of Illinois that infringe claims of the '207 patent.

6.  Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I

### DEFENDANT GUITAR CENTER'S MANUFACTURE AND SALE OF THE SIMMONS SD1 PRACTICE PAD

7.  Defendant Guitar Center has infringed claims of the '207 patent by making, using, selling, offering for sale and/or importing the Simmons SD1 Practice Pad.

8.  Defendant Guitar Center has sold and offered for sale a product known as the Simmons SD1 Practice Pad.

9.  The Simmons SD1 Practice Pad includes a feature referred to as "Count."

10. The Count feature of the SD1 Practice Pad counts the amount of drum pad hits within a fixed time.

11. The SD1 Practice Pad includes a strike sensor that detects strikes on a drum pad surface.

12. The SD1 Practice Pad includes a strike counter that counts the number of strikes on a drum pad surface.

13. The SD1 Practice Pad includes an LCD screen that displays the total number of strikes on a drum pad surface.

14. The SD1 Practice Pad includes a timer that counts a period of time and stops the timer after a specific period of time.

15. The SD1 Practice Pad includes a time period selector that allows a user to select the period of time that strikes on the drum pad surface are counted.

16. The LCD screen of the SD1 Practice Pad includes a representation of the period of time being counted by the timer, and counts down the time as the number of strikes on the drum pad surface are recorded.

17. On April 2, 2014, a representative of Guitar Center, Ms. Ellen S. Rosenberg, refused to provide sales information on the Simmons SD1 Practice Pad to McAfee unless "formal proceedings" were instituted.

18. On information and belief, Guitar Center sold and offered for sale the Simmons SD1 Practice Pad with knowledge of the '207 patent.

19. Guitar Center sold and offered for sale the Simmons SD1 Practice Pad despite an objectively high likelihood that its actions constituted infringement of a valid patent, and such likelihood was known or so obvious that it should have been known by Guitar Center.

20. Guitar Center has willfully infringed claims of the '207 patent with its sales and offers for sale of the Simmons SD1 Practice Pad.

## COUNT II

### DEFENDANT GUITAR CENTER'S SALE
### OF THE YAMAHA DTX400K SERIES ELECTRONIC DRUM KITS

21. Defendant Guitar Center has infringed claims of the '207 patent by selling and offering for sale products made by Yamaha known as the DTX400K, DTX430K and DTX450K Electronic Drum Kits (collectively "Yamaha DTX400K Series Electronic Drum Kits").

22. Defendant Guitar Center has sold and continues to sell, and has offered for sale and continues to offer for sale, the Yamaha DTX400K Series Electronic Drum Kits.

23. The Yamaha DTX400K Series Electronic Drum Kits include a feature known as "Fast Blast."

24. The Fast Blast feature of the Yamaha DTX400K Series Electronic Drum Kits counts the amount of drum pad hits within a fixed time.

25. The Yamaha DTX400K Series Electronic Drum Kits include a strike sensor that detects strikes on a drum pad surface.

26. The Yamaha DTX400K Series Electronic Drum Kits include a strike counter that counts the number of strikes on a drum pad surface.

27. The Yamaha DTX400K Series Electronic Drum Kits include a control panel with ten lighted and numbered buttons numbered one through ten.

28.     The ten lighted and numbered buttons of the control panel of the Yamaha DTX400K Series Electronic Drum Kits can present the total number of strikes on a drum pad within a set period of time.

29.     The ten lighted and numbered buttons of the control panel of the Yamaha DTX400K Series Electronic Drum Kits present the total number of strikes on a drum pad within a set period of time by flashing the number buttons in succession to represent a number.  For example, if 180 strikes are recorded, the ten lighted and numbered buttons on the control button will flash [1]-[8]-[0] in succession.

30.     The Yamaha DTX400K Series Electronic Drum Kits include an audio count information presenter that presents the total number of strikes recorded within a set period of time.

31.     The audio count information presenter of the Yamaha DTX400K Series Electronic Drum Kits presents the total number of strikes recorded within a set period of time by speaking the number of strikes after the elapsed period of time.

32.     The Yamaha DTX400K Series Electronic Drum Kits include a timer that counts a period of time and stops the timer after a specific period of time.

33.     The Yamaha DTX400K Series Electronic Drum Kits include a time period selector that allows a user to select the period of time that strikes on the drum pad surface are counted.

34.     The ten lighted and numbered buttons of the control panel of the Yamaha DTX400K Series Electronic Drum Kits indicate how much time is left for recording drum strokes by successively going out from right to left with the recorded time period ending when all lights are turned off.

35. Guitar Center has sold and offered for sale the Yamaha DTX400K Series Electronic Drum Kits with knowledge of the '207 patent.

36. Guitar Center has sold and offered for sale the Yamaha DTX400K Series Electronic Drum Kits despite an objectively high likelihood that its actions constituted infringement of a valid patent, and such likelihood was known or so obvious that it should have been known by Guitar Center.

37. Guitar Center has willfully infringed claims of the '207 patent with its sales and offers for sale of the Yamaha DTX400K Series Electronic Drum Kit.

## COUNT III

### DEFENDANT YAMAHA'S MANUFACTURE AND SALE OF THE YAMAHA DTX400K SERIES ELECTRONIC DRUM KITS

38. Defendant Yamaha has infringed claims of the '207 patent by making, using, selling, offering for sale and/or importing the Yamaha DTX400K Series Electronic Drum Kits.

39. The Yamaha DTX400K Series Electronic Drum Kits include a feature known as "Fast Blast."

40. The Fast Blast feature of the Yamaha DTX400K Series Electronic Drum Kits counts the amount of drum pad hits within a fixed time.

41. The Yamaha DTX400K Series Electronic Drum Kits include a strike sensor that detects strikes on a drum pad surface.

42. The Yamaha DTX400K Series Electronic Drum Kits include a strike counter that counts the number of strikes on a drum pad surface.

43. The Yamaha DTX400K Series Electronic Drum Kits include a control panel with ten lighted and numbered buttons numbered one through ten.

44. The ten lighted and numbered buttons of the control panel of the Yamaha DTX400K Series Electronic Drum Kits can present the total number of strikes on a drum pad within a set period of time.

45. The ten lighted and numbered buttons of the control panel of the Yamaha DTX400K Series Electronic Drum Kits present the total number of strikes on a drum pad within a set period of time by flashing the number buttons in succession to represent a number. For example, if 180 strikes are recorded, the ten lighted and numbered buttons on the control button will flash [1]-[8]-[0] in succession.

46. The Yamaha DTX400K Series Electronic Drum Kits include an audio count information presenter that presents the total number of strikes recorded within a set period of time.

47. The audio count information presenter of the Yamaha DTX400K Series Electronic Drum Kits presents the total number of strikes recorded within a set period of time by speaking the number of strikes after the elapsed period of time.

48. The Yamaha DTX400K Series Electronic Drum Kits include a timer that counts a period of time and stops the timer after a specific period of time.

49. The Yamaha DTX400K Series Electronic Drum Kits include a time period selector that allows a user to select the period of time that strikes on the drum pad surface are counted.

50. The ten lighted and numbered buttons of the control panel of the Yamaha DTX400K Series Electronic Drum Kits indicate how much time is left for recording drum strokes by successively going out from right to left with the recorded time period ending when all lights are turned off.

51. Yamaha has sold and offered for sale the Yamaha DTX400K Series Electronic Drum Kits with knowledge of the '207 patent.

52. Yamaha has sold and offered for sale the Yamaha DTX400K Series Electronic Drum Kits despite an objectively high likelihood that its actions constituted infringement of a valid patent, and such likelihood was known or so obvious that it should have been known by Guitar Center.

53. Yamaha has willfully infringed claims of the '207 patent with its sales and offers for sale of the Yamaha DTX400K Series Electronic Drum Kit.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendants, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate McAfee for the infringement that has occurred, together with prejudgment interest from the date that Defendants' infringement of the '207 patent began;

B. Treble damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to McAfee of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

      D.      A permanent injunction prohibiting further infringement, inducement and contributory infringement of the '207 patent; and

      E.      Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

McAfee demands a trial by jury on all issues presented in this Complaint.

Dated: October 27, 2015                Respectfully submitted,

                                      /s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@dowellip.com
DOWELL IP
333 W. North Ave #341
Chicago, Illinois 60610
Phone: (312) 291-8351

**ATTORNEY FOR PLAINTIFF
McAFEE ENTERPRISES, INC.**